

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (at Greenbelt)

| | | |
|---|---|---|
| In re: | * | |
| Willie Agnew, | * | Case No.   05-29981-WIL |
| | * | Chapter   13 |
| | * | |
| Debtor, | * | |

### MEMORANDUM TO THE TRUSTEE

Upon consideration of the Trustee's Suggestion of Excessive Fees [29] and the record herein, the court has determined to take no further action with respect to counsel's fee.

cc:   Counsel for Debtor - Richard L. Gilman, Esq.
      Debtor
      Trustee
      U.S. Trustee

**End of Order**